USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY GIFFORD, GIFFORD
FUEL SAVING, INC., ELISA
LARKIN, ANDREW ASK,
MATTHEW ARNOLD, individually
and on behalf of others similarly
situated,

             Plaintiffs

vs.

U.S. GREEN BUILDING
COUNCIL, DAVID GOTTFRIED,
RICHARD FEDRIZZI, ROB
WATSON, JANE DOE, JOHN DOE
ET AL.

             Defendants.

10-cv-7747 LBS

STIPULATION TO EXTEND TIME



IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiffs and Defendants the U.S. Green Building Council and Richard Fedrizzi, as follows:

1. The parties' stipulation dated December 20, 2010 is superseded by today's stipulation.
2. Plaintiffs shall serve and electronically file their First Amended Complaint by February 7, 2011.
3. Defendants U.S. Green Building Council and Fedrizzi shall serve and electronically file their response to the First Amended Complaint by April 6, 2011.

DATED: January 3, 2011

NORAH HART, ESQ.

_____
Norah Hart (NH 5153)
Attorney for the Plaintiffs

PROSKAUER ROSE LLP

_____
Lawrence Weinstein
Attorney for Defendants USGBC

305 Broadway, 14th Floor
New York New York 10007
Tel: (212) 897-5865
Fax: (646) 537-2662
E-mail: nhart@consumerclasslaw.com

and Rick Fedrizzi
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
T: (212) 969-3000
F: (212) 969-2900
E-mail: lweinstein@proskauer.com

SO ORDERED

_____
Honorable Leonard Sand

1/4/11

BC