USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GIFFORD, et al.,

                Plaintiffs,

    -against-

U.S. GREEN BUILDING COUNCIL, et al.,
                Defendants.
------------------------------------------------------------X

10 **CIVIL** 7747 (LBS)

## JUDGMENT

    Defendant USGBC having moved to dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Leonard B. Sand, United States District Judge, and the Court, on August 15, 2011, having rendered its Memorandum and Order granting defendant's motion to dismiss the complaint, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 15, 2011, defendant's motion to dismiss the complaint is granted.

**Dated:** New York, New York
         September 6, 2011

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                         BY:
                                                   **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____